■ MILLBROOK HUNT, INC., Appellant, v EDGAR O. SMITH, Respondent. [651 NYS2d 893] —In an action, inter alia, for a judgment declaring that the plaintiff has an easement over the defendant's property and for a permanent injunction enjoining the defendant from interfering with its use of the easement, the plaintiff appeals from an order of the Supreme Court, Dutchess County (Hillery, J.), dated March 22, 1996, which denied its motion to disqualify the defendant's counsel.

Ordered that the order is affirmed, with costs.

Contrary to the plaintiff's contention, the court did not err in denying its motion to disqualify the defendant's counsel (see, Solow v Grace & Co., 83 NY2d 303; cf., Cardinale v Golinello, 43 NY2d 288). O'Brien, J. P., Thompson, Santucci and Luciano, JJ., concur.

■ MILNOR CONSTRUCTION CORP., Appellant, v BOARD OF EDUCATION OF CITY OF NEW YORK, Respondent. [651 NYS2d 898] —In an action to recover damages for "certain extra and/or additional excavation and backfill" work, the plaintiff appeals from an order of the Supreme Court, Kings County (Hutcherson J.), dated June 30, 1995, which granted the defendant's motion for summary judgment dismissing the complaint as time-barred.

Ordered that the order is affirmed, with costs.

The Supreme Court correctly determined that the Statute of Limitations began to run, at the latest, upon substantial completion of the work and properly dismissed the plaintiff's complaint as untimely (see, Phillips Constr. Co. v City of New York, 61 NY2d 949).

In light of our determination, we do not address the plaintiff's remaining contention. Sullivan, J. P., Krausman, Florio and McGinity, JJ., concur.